# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:05CR248

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **CLARA MICHELLE HENSON.** ) | |
| _____ ) | |

**THIS MATTER** is before the court upon counsel for defendant's Motion to Continue Suppression Hearing. Having considered counsel for defendant's Motion to Continue Suppression Hearing and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that counsel for defendant's Motion to Continue Suppression Hearing is **GRANTED,** and the suppression hearing calendared for December 28, 2005, is **CONTINUED** to a date and time to be noticed by the Clerk of this court. The Clerk of court is further instructed to continue DANNY JOE BROOKS's suppression hearing if such has been scheduled for the same date and time.

**Signed: December 20, 2005**

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge