# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05cr248-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| DANNY JOE BROOKS, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS CAUSE** coming on to be heard before the undersigned, Dennis L. Howell, United States Magistrate Judge for the Western District of North Carolina, upon the motion to continue the hearing of the defendant's motion to suppress filed in this matter on December 22, 2005 and it appearing to the court that good cause has been shown for the granting of said motion.

**IT IS, THEREFORE, ORDERED** that the hearing of the defendant's motion be continued until a setting during the week of January 23, 2005. It is further **ORDERED** that the motion to suppress of any co-defendants be scheduled at that same setting.

**Signed: January 3, 2006**

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge